**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: 40TH JUDICIAL DISTRICT : No. 21 WM 2020
(INDIANA COUNTY) - REQUEST FOR :
EMERGENCY JUDICIAL ORDER :

**ORDER**

**PER CURIAM**

**AND NOW**, this 30th day of June, 2021, the Application for Relief filed by the Honorable Thomas M. Bianco is GRANTED, insofar as the President Judge of the 40th Judicial District is authorized to suspend state or local rules that restrict the use of advanced communication technology (ACT) in court proceedings through August 31, 2021. Judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by ACT, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. Nos. 1950-1954, or when a proceeding is not being conducted during normal business hours.